No. 175. KOSMOS PORTLAND CEMENT CO. *v.* JOHNSON, ADMINISTRATOR, ET AL.; and

No. 176. SAME *v.* SAUER, EXECUTRIX. October 9, 1933. Petition for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Charles G. Middleton* and *Louis Seelbach* for petitioner. *Messrs.*

642

*Harris W. Coleman* and *Edmund F. Trabue* for respondents.